1  JOLIE LIPSIG, SBN 104644
     Attorney at Law
2  1006 4th Street, Suite 301
   Sacramento, California 95814
3  Telephone: (916) 443-6995

4  Attorney for Petitioner Robert Fenenbock

5                IN THE UNITED STATES DISTRICT COURT

6              FOR THE EASTERN DISTRICT OF CALIFORNIA

7  SUE MARCELLA HAMBY,

8          Petitioner,              No. CIV S-97-0164 LKK DAD P

9      vs.

10 TINA FARMON,

11         Respondent,

12 _____/

13 ROBERT MORRIS FENENBOCK,

14         Petitioner,              No. CIV S-97-1731 LKK DAD P

15     vs.

16 DIRECTOR OF DEPARTMENT OF
   CORRECTIONS, et al.,
17
           Respondents,
18 _____/

19 CHERRI LYNN FRAZIER,

20         Petitioner,              No. CIV S-97-2196 LKK DAD P

21     vs.

22 TINA FARMON,

23         Respondent.

24 _____/

25

26

                            1

1  ROBERT LOREN BOND,
2       Petitioner,                    No. CIV S-99-2150 LKK DAD P
3  vs.
4  RICHARD A. RIMMER, et al.,
5       Respondents.
6  _____/
7  BERNARD LEROY MACCARLIE,
8       Petitioner,                    No. CIV S-00-1830 LKK DAD P
9  vs.
10 GAIL LEWIS, et al.,
11      Respondents.                   **STIPULATION AND ORDER**
12 _____/

13      In a joint status report filed on July 6, 2005, the parties in the above-captioned related
14 cases agreed to a briefing schedule for respondents' renewed motion to dismiss and for
15 petitioners' motions regarding discovery.  Pursuant to that schedule, petitioners' discovery
16 motions are due on August 4, 2005.  Due to matters beyond their control, petitioners require an
17 additional seven days, or until August 11, 2005, to prepare and file motions to compel discovery
18 and for follow-up discovery.  Respondents have agreed to the requested extension of time.
19      Accordingly, the parties hereby stipulate that petitioners shall file and notice any
20 discovery motions no later than August 11, 2005.  The discovery motions will be noticed for
21 hearing on September 9, 2005, the same date as respondents' motion to dismiss, and will be
22 briefed in accordance with the Local Rules.
23 DATED: August 4, 2005
24                                      /s/   JOLIE LIPSIG
                                        Attorney for Petitioner Fenenbock
25
26

2

```
                          /s/   DANIEL BRODERICK
                                Chief Assistant Defender
                                Attorney for Petitioner Frazier

                          /s/   JANICE LAGERLOF
                                Attorney for Petitioner Hamby

                          /s/   LINDSAY WESTON
                                Attorney for Petitioner Bond

                          /s/   MARGARET LITTLEFIELD
                                Attorney for Petitioner MacCarlie

                          /s/   GLENN R. PRUDEN
                                Deputy Attorney General
                                Attorney for Respondents
```

IT IS SO ORDERED.

DATED: August 15, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/hamby5.discmots