IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD LEROY MACCARLIE,

    Petitioner,           No. CIV S-00-1830 LKK DAD P

   vs.

GAIL LEWIS,

    Respondent.       ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On September 11, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Pursuant to extensions of time granted by the magistrate judge, petitioner has timely filed objections to the findings and recommendations, and respondent has timely filed a reply.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire /////

1

1 file, the court finds the findings and recommendations to be supported by the record and by
2 proper analysis.
3        Accordingly, IT IS HEREBY ORDERED that:
4        1. The findings and recommendations filed September 11, 2006, are adopted in
5 full; and
6        2. Respondent's August 4, 2005 motion to dismiss is granted with leave to file a
7 second amended petition alleging the claims alleged in petitioner's first amended petition as
8 Claims 9-13 and, if appropriate, a claim of cumulative error grounded solely on the prejudicial
9 effect of the errors alleged in those five claims.
10 DATED: July 6, 2007.

                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT